File Hashes for IP Address 69.244.145.197

**ISP:** Comcast Cable
**Physical Location:** Macomb, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/24/2013 05:11:31 | 831E8E557B02448AC7FB5D69ADFB1B8E0BFCFEA0 | Invisible |
| 02/18/2013 17:44:04 | 41B2E0CAA9E915CF9A33F06CE658BAFF199C727F | Apartment in Madrid |
| 02/18/2013 02:34:36 | BBC8DD724A813574ABB58DEDB08A9238AB65C2F1 | Waterfall Emotions |
| 02/16/2013 22:02:25 | DDA6C02CECBBF6120F9E23618A743F91D20D8A1E | Deep Longing |
| 02/03/2013 12:12:17 | 1E6D4FA3A137EE0F661629E131193646BE591492 | A Little Rain Must Fall |
| 02/03/2013 12:02:06 | F0248463519E59E6B1B8C8C2A3D26234AD486822 | Working Out Together |
| 01/20/2013 00:02:20 | 6045C329A285436A3ECFF71B7AB3D7F754257BAE | Yoga Master and Student |
| 01/18/2013 01:12:28 | 0B9ED66A79B37AD146F5F05000F88AE1FF5BB74E | Warm Inside |
| 01/18/2013 00:38:15 | 0CE92EF780541EB7BFFD89D9ED528733B3D83B16 | Want You |
| 01/05/2013 11:16:04 | E4A1288EA3826DD3C0136FB5AB8114FF76AB67AF | A Love Story |
| 01/05/2013 11:14:40 | 8F2061BEBF834A487931F97D268EB5C5FFD3D0EA | Naughty and Nice |
| 12/31/2012 21:03:54 | C1E9C0D5EABEE2AA9E4F4C4FC4AAA7F087C023A4 | Morning Desires |
| 12/20/2012 23:01:58 | 544EDC12170CE5BA61AE658FF49F00ACD0EFE628 | Miss Me Not |
| 12/14/2012 04:33:13 | 8987EE538A06DBFF5E27723DB4E8BB4B74997333 | Then They Were Three |
| 12/05/2012 03:22:46 | 00B9DC7868D5414CBB6E50359CAAB7D5CDCF450F | Inside Perfection |
| 12/01/2012 03:16:39 | F3DB7AC593D7027EECDA3B73D0E4EDF98D395B3C | Loving Angels |
| 11/07/2012 09:13:22 | 331434FD49AF3029FA4421E78B369B5CBBA6A544 | Side by Side |
| 11/07/2012 01:57:05 | A2BDD0BE25748566F993B0097142EED546843465 | Slow Motion |
| 11/03/2012 12:22:44 | 5D078FC4F665E7B3E7D80C47845956542379750F | Transcendence |
| 11/03/2012 12:22:26 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 10/31/2012 05:46:01 | C951C808D085E8A628CCDF5A3CB0DDCA70AB8123 | Wild at Heart |
| 10/31/2012 01:20:47 | 466FF03F4DC1A5B8D4251FC965986BD262249B56 | Wild Things |

EXHIBIT A

NEMI51

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/29/2012 14:02:01 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |

**Total Statutory Claims Against Defendant: 23**

EXHIBIT A

NEMI51