**Copyrights-In-Suit for IP Address 69.244.145.197**

**ISP:** Comcast Cable
**Location:** Macomb, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 02/03/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 01/05/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/18/2013 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/16/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/05/2012 |
| Invisible | PA0001826860 | 02/19/2013 | 02/21/2013 | 02/24/2013 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 12/01/2012 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 12/20/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 12/31/2012 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 01/05/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 11/07/2012 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 11/07/2012 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 12/14/2012 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 11/03/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 11/03/2012 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/18/2013 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/18/2013 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 02/18/2013 |
| Wild at Heart | PA0001785969 | 04/08/2012 | 04/09/2012 | 10/31/2012 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/31/2012 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/03/2013 |

EXHIBIT B

NEMI51

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/20/2013 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/29/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 23**

EXHIBIT B

NEMI51