**Expanded Surveillance of IP Address 69.244.145.197**

**ISP:** Comcast Cable
**Location:** Macomb, MI

| Hit Date  UTC | Filename |
|---|---|
| 03/18/2013 | tngf_emmap4.mp4 |
| 03/18/2013 | Father Figure 3 - Riley Reid.mp4 |
| 03/18/2013 | Public.Disgrace.Maitresse.Madeline.Simone.Sonay.And.Syren.de.Mer.XXX.pornalized.com.wmv |
| 03/18/2013 | prnfle1952x.wmv |
| 03/18/2013 | X-Art.13.03.13.Bunny.Another.Night.XXX.1080p.MP4-KTR[rarbg] |
| 03/18/2013 | Brownsville Station - Motorcity Connection (1975)  [2005 re-issue @256] |
| 03/18/2013 | Sticky And Sweet (Maddy Oreilly, Natalia Star) (2013) XXX HD 720p |
| 03/18/2013 | YoungLegalPorn.13.03.16.Silvie.And.Cindy.Sultry.Lips.XXX.1080p.MP4-KTR[rarbg] |
| 03/18/2013 | Naughty Allie |
| 03/18/2013 | Brianna.Ray.Randi.Tango.Lets.tango.MilfNextDoor.2013_iyutero.com.mp4 |
| 03/18/2013 | India.Summer.Panty.Pops.7.Scene.6.EvilAngel.2013_iyutero.com.mp4 |
| 03/17/2013 | www.bitreactor.to_CSI.Miami.S08E18.Eine.Frage.der.Ehre.GERMAN.DUBBED.WS.HDTVRiP.XviD-SOF |
| 03/16/2013 | Abbey Brooks_Special Delivery_950.mp4 |
| 03/16/2013 | Barry White - Rnb Soul [2005] [R-And-B] |
| 03/16/2013 | BackroomCastingCouch.13.03.11.Jojo.11.03.2013.SD.wmv |
| 03/15/2013 | Babes.13.03.04.Lexi.Swallow.Stripes.XXX.1080p.MP4-KTR[rarbg] |
| 03/15/2013 | Woodman - Nessa Devil And Caylian Curtis HD 720p |
| 03/15/2013 | Jasmine.W.Logan.Pierce.The.Return.SexArt.2013.FullHD_iyutero.com.mp4 |
| 03/15/2013 | mgbfchloejohnny_720.mp4 |
| 03/12/2013 | Internet Download Manager [IDM] v6.15 - Final + Cracked-BRD |
| 03/12/2013 | Dani Jensen_High Spirits_950-chkm8te.mp4 |

EXHIBIT C

NEMI51

| Hit Date  UTC | Filename |
|---|---|
| 03/12/2013 | ADOBE PHOTOSHOP CS5.1 EXTENDED EDITION [thethingy] |
| 03/11/2013 | Identity Thief (2013) DVDRIP - mSD |
| 03/11/2013 | Nessa Devil - Athletes Sex Drugs.avi |
| 03/10/2013 | Beatrice, Logan And Pablo - Two Boys And A Girl HD 1080p |
| 03/10/2013 | Logistics - Now More Than Ever |
| 03/10/2013 | Lisa Palac - Cyborgasm [320] |
| 03/09/2013 | x-art_angelica_spilled_milk_1080.mov |
| 03/09/2013 | CollegeRules - Fuck em good [720p].mp4 |
| 03/09/2013 | TeenFidelity  Trinity St. Clair.XXx |
| 03/09/2013 | Call.of.Duty.Modern.Warfare.2.Hack.VAC.Disabler.CHAOS.rar |
| 03/09/2013 | Casting - Mona [720p].mov |
| 03/09/2013 | x-art_malena_elle_make_me_wet-lrg.zip |
| 03/09/2013 | Hard-Fi - Stars Of CCTV [2005.chEEkymAN].rar |
| 03/09/2013 | PornFidelity Brandi Love Poolisde Passion Behind The Scenes.mp4 |
| 03/09/2013 | Malena.Elle.Hot.Sauna.X-art.08.31.2011.HD.1080p.mov |
| 03/08/2013 | Arouse me (Malena Morgan, Kennedy Leigh) XXX (2013) |
| 03/08/2013 | c1050_ellie_720.wmv |
| 03/07/2013 | Abraham Lincoln Vampire Hunter (2012) DVDrip XviD-HellGAte |
| 03/07/2013 | [lazy2rls] CODE BREAKER OP Single - DARK SHAME [GRANRODEO].zip |
| 03/07/2013 | Shin.Megami.Tensei.Persona.3.PAL.PS2-NextLevel |
| 03/07/2013 | Moms.Bang.Teens.Maddy.OReilly.And.Darla.Crane.Risky.Relations.XXX.pornalized.com.avi |
| 03/07/2013 | VIDEO_TS.zip |
| 03/06/2013 | Paradise Road (1998) French DVDrip-Xvid-NoTag.avi |
| 03/06/2013 | Ella.Couple.making.love.in.public.PrivateSexTapes.2012_iyutero.com.avi |
| 03/06/2013 | BalloonJourneySetup.exe |

EXHIBIT C

NEMI51

| Hit Date UTC | Filename |
|---|---|
| 03/05/2013 | Project.Runway.S11E07.A.Sticky.Situation.HDTV.XViD-DOT |
| 03/05/2013 | The World Almanac and Book of Facts 2013 by Sarah Janssen |
| 03/05/2013 | WowGirls - Girly Seduce - Melanie B, Stephanie [1080p].mp4 |
| 03/04/2013 | B.S.O.El Hobbit - Un Viaje Inesperado [Mp3][www.lokotorrents.com] |
| 03/03/2013 | Haven.S02e08 |
| 03/02/2013 | Nessa.Devil.And.Silvia.Deluxe_Rocco.Psycho.Love.2.avi |
| 03/02/2013 | DrunkSexOrgy Nessa Devil.wmv |
| 03/02/2013 | WoodmanCastingX Nessa Devil Double Penetration.mp4 |
| 03/02/2013 | Nessa Devil - KarupsPC.com.wmv |
| 03/02/2013 | Nessa Devil - TeenPinkVideos.wmv |
| 02/27/2013 | Babes.India.Summer.Indian.Summer.XXX.pornalized.com.avi |
| 02/27/2013 | Real Wife Stories - ASA AKIRA and MADISON IVY New  25 February 2013 |
| 02/27/2013 | nathcapridanny_720.mp4 |
| 02/26/2013 | prnfle1253x.mp4 |
| 02/26/2013 | nubilefilms_romantic_night_in_1280.mp4 |
| 02/26/2013 | InTheCrack.E763.Erica.Fontes.XXX.1080p.WMV-SEXORS[rarbg] |
| 02/26/2013 | Mia.Gold.Smoking.hot.Brunette.Humiliated.and.Fucked.in.Public.PublicDisgrace.2013.wmv |
| 02/25/2013 | Rambo.R5.XViD-BaLD |
| 02/24/2013 | X-Art.13.02.22.Lia.Black.And.White.XXX.1080p.MP4-KTR[rarbg] |
| 02/24/2013 | WowGirls - 2012-10-27 - Stephanie - Cock Starved Stranger [1080p HD] |
| 02/24/2013 | Gina.Libor.Divine.Orgasms.2012.HD_iyutero.com.mov |
| 02/24/2013 | X ART Invisible |
| 02/24/2013 | Suspect By Robert Crais |
| 02/24/2013 | SexArt.Uma.Let.It.Snow.XXX.pornalized.com.avi |
| 02/24/2013 | Nikki Daniels - Love Between Rooms HD 1080p |

EXHIBIT C

NEMI51

| Hit Date UTC | Filename |
|---|---|
| 02/24/2013 | s1275_sweet_dreams_sd.mov |
| 02/24/2013 | Big.Tit.Creampie.Capri.Cavalli.Sexy.girl.with.big.tits.XXX.pornalized.com.avi |
| 02/24/2013 | Suzie.Diamond.Watch.how.Bambi.screams.with.pure.pleasure.Private.2013.FullHD_iyutero.com.mp4 |
| 02/24/2013 | WowPorn - Share Your Delight - Anjelica, Zoe [720p].mp4 |
| 02/24/2013 | Mia_Flexible Arrangement_1920.wmv |
| 02/24/2013 | Tiffany_Big Dreams_1920.wmv |
| 02/24/2013 | MilfsLikeItBig.Simone.Sonay.Milfshake.XXX.pornalized.com.avi |
| 02/23/2013 | Booty Call Scene 2  Kayden Kross |
| 02/23/2013 | Teen Fidelity - Sensual Sensation - Riley Reid xXx.mp4 |
| 02/23/2013 | sbcjessicalogan_1080.mp4 |
| 02/23/2013 | btas_brandi_love_720p_8000.mp4 |
| 02/23/2013 | Booty Call Scene 5  Kayden Kross |
| 02/23/2013 | TonightsGirlfriend.13.02.22.Emma.Starr.XXX.1080p.MP4-KTR[rarbg] |
| 02/23/2013 | YoungLegalPorn - Double Penetration - Lily, Mia [720p].mp4 |
| 02/22/2013 | College Rules - Deepthroat Contest For Submission |
| 02/22/2013 | Maddy.OReilly.My.Amazing.Girlfriend.Nubilefilms.2013.FullHD_iyutero.com.mp4 |
| 02/22/2013 | CrueltyParty.13.02.21.Holly.Michaels.Double.Insertion.XXX.720p.WMV-SEXORS[rarbg] |
| 02/21/2013 | Bigfoot 2012 (NEW SOURCE) x264 - KiNGDOM |
| 02/21/2013 | Maya Banks |
| 02/19/2013 | x-art_kaylee_apartment_in_madrid_1080.mp4 |
| 02/19/2013 | Tina Blade - Mini Skirt And Toy Play HD 720p |
| 02/19/2013 | tlib_lily_carter-sd169.wmv |
| 02/19/2013 | Digital Playground - Tori Black HD 720p |
| 02/19/2013 | Erica Fontes - Ready For Public Action HD.mp4 |
| 02/19/2013 | 18OnlyGirls.13.02.17.Caprice.And.Hailey.Caught.And.Punished.XXX.1080p-chkm8te.mp4 |

EXHIBIT C

NEMI51

| Hit Date UTC | Filename |
|---|---|
| 02/18/2013 | Kaylee.Waterfall.Emotions.XArt.2012.FullHD_iyutero.com.wmv |
| 02/18/2013 | Madagascar 3 Europes Most Wanted 2012 DVDRiP XviD AC3-ILLUMINATI HD |
| 02/18/2013 | cindy-crawford-courtney-simpson-sports-cars-high-heels-and-lesbian-hotties-private-2013-fullhd-xxx.mp4 |
| 02/18/2013 | Paganini, Niccolo |
| 02/18/2013 | ham_asa_breanne-sd169.wmv |
| 02/17/2013 | Jenni.Lee.Good.Pussy.Bangin.Twistys.2013.HD_iyutero.com.mp4 |
| 02/17/2013 | PublicSexAdventures.Issa.sd.mp4 |
| 02/17/2013 | Jenni Lee, Breanne Benson - Horny Hosts Of Heaven |
| 02/17/2013 | btiu_rikki_six_720p_8000.mp4 |
| 02/17/2013 | Babes Iwia and Bella Baby Menage A Trois.m4v |
| 02/17/2013 | DangerCore.12.08.09.Ariel.X.Carolyn.Reece.And.Louisa.Lanewood.3.Times.A.Charm.XXX.1080p.WMV-YAPG |
| 02/17/2013 | College.Rules.Fuck.Fest.2013.XXX.G0d0fP0rN.avi |
| 02/17/2013 | x-art_eufrat_angelica_deep_longing_1080.mov |
| 02/17/2013 | (Ebook) Teach Yourself Cgi Programming With Perl 5 In A Week.pdf |
| 02/16/2013 | prnfle1432x.mp4 |
| 02/16/2013 | Maddy.OReilly.The.Kinky.Cafe.SexAndSubmission.2013_iyutero.com.wmv |
| 02/16/2013 | Pretty Little Liars S03E18 HDTV x264-LOL[ettv] |
| 02/16/2013 | The.Bad.Girls.Club.S10E07.HDTV.XviD-FQM |
| 02/16/2013 | Allysin.Wonderland.Wax.on.Wax.off.tug.job.Tugjobs.2013_iyutero.com.mp4 |
| 02/16/2013 | 1991-12-07 - Big Money Meets The Big Apple, Remastered |
| 02/16/2013 | Aurora 3D Presentation v13.01.11 With Keygen (A.Q).rar |
| 02/16/2013 | Rilee.Elle.Malena.The.Beach.House.SexArt.2012.FullHD_iyutero.com.mp4 |
| 02/16/2013 | Korn-Unplugged-2007-pLAN9 |
| 02/16/2013 | ms11251_3000.mp4 |

EXHIBIT C

NEMI51

| Hit Date UTC | Filename |
|---|---|
| 02/16/2013 | Malena.Aurielee.Charlotte.Stoked.WeLiveTogether.2013.FulHD_iyutero.com.mp4 |
| 02/13/2013 | Nucleomatica INMR 5.2.3 Setup + Key.rar |
| 02/13/2013 | Apocalypto[2006]DvDrip.rar |
| 02/12/2013 | SaS-28270 Maddy O'Reilly and Ramon Nomar |
| 02/12/2013 | Slutty And Sluttier 17 - Maddy O'Reilly And Dana Vespoli.avi |
| 02/12/2013 | Millencolin - Same Old Tunes |
| 02/12/2013 | Knight And Day (2010) 480p BRRip x264 [Dual-Audio][Eng-Hindi ] |
| 02/12/2013 | PACK10.zip |
| 02/10/2013 | slumber party 19[SILVERDUST] |
| 02/10/2013 | Melanie.B.Stephanie.Stretched.With.Toy.18Onlygirls.2013.FullHD_iyutero.com.mp4 |
| 02/10/2013 | Liza Del Sierra - Fuck Dollz (2012) HD 720p.mp4 |
| 02/10/2013 | MoneyTalks.com.Party.Bust.XXX.[SiteRip][GoldenPirates] |
| 02/10/2013 | MoneyTalks.com.Blow.Your.Money.Away.XXX.[SiteRip][GoldenPirates] |
| 02/10/2013 | The.Host.XviD.AC3-ADTRG |
| 02/09/2013 | Jennifer Dark - Do That Fucking Holes |
| 02/09/2013 | Ariel X - Cock Bending Pussy Of Steel To Go With Her Guns And Abs Welcome Ariel X HD 720p |
| 02/09/2013 | tone_and_moan_big-720.mp4 |
| 02/05/2013 | plib_jessica_kirsten_480p_2000.mp4 |
| 02/04/2013 | Playboy Magazine - USA - January February 2013 - [RedBull123] |
| 02/03/2013 | DangerCore.12.11.14.Madison.Ivy.Madison.In.Red.XXX.720p.WMV-YAPG[rarbg] |
| 02/03/2013 | Babes.13.02.01.Erica.Fontes.One.Fine.Day.XXX.1080p.x264-SEXORS[rarbg] |
| 02/03/2013 | hsd0032 - Kendra_720.mp4 |
| 02/03/2013 | [HorribleSubs] Shin Sekai Yori - 09 [1080p].mkv |
| 02/03/2013 | Nubilefilms.Sage.Evans.It.Must.Be.Lust.01.02.2013.SD-chkm8te.mp4 |
| 02/03/2013 | Doctor Adventures - Pervert Podiatry |

EXHIBIT C

NEMI51

| Hit Date UTC | Filename |
|---|---|
| 02/03/2013 | x-art_kristen_working_out_together_1080-chkm8te.mov |
| 02/03/2013 | Baby Blue Micro G-string Strip |
| 02/03/2013 | rm11263_1500.mp4 |
| 02/03/2013 | Penthouse - Get Laid At THe GYM (January 2013  USA) |
| 02/03/2013 | Wrath Of The Titans 2012 DVDRip -SURViVAL |
| 02/03/2013 | X Art - A Little Rain Must Fall |
| 02/03/2013 | TeenFidelity.13.02.01.Chastity.Lynn.Get.My.Belt.XXX.1080p.MP4-KTR[rarbg] |
| 02/03/2013 | Penthouse Magazine USA February 2013 [azizex666] |
| 02/03/2013 | Babes - Blonde Duet - Tatum Woods and Kelly Surfer [HD 1080p] [mp4] |
| 02/03/2013 | Penthouse.com_13.01.22.Jennifer.Dark.And.Tommy.Gunn.Soldier.Cock.XXX.IMAGESET-FuGLi[rarbg] |
| 02/03/2013 | Microsoft ASP.NET Fast and Easy Web Development 2002.pdf |
| 02/02/2013 | TeenFidelity.13.02.01.Chastity.Lynn.Get.My.Belt.Behind.The.Scenes.XXX.1080p.MP4-KTR[rarbg] |
| 02/02/2013 | The.Bad.Girls.Club.Seasone.10.Episode.01.HDTV.XviD-2HD[ettv].avi |
| 02/02/2013 | tngfemmapeter2_720.mp4 |
| 02/01/2013 | a_little_lick_big-chkm8te.mp4 |
| 01/26/2013 | Maddy.OReilly.The.Hooker.Experience.Scene.4.EvilAngel.2013_iyutero.com.mp4 |
| 01/26/2013 | Emma.Starr.Vanilla.TonightsGirlfriend.2013.HD_iyutero.com.mp4 |
| 01/26/2013 | Sometimes you just want to fuck a bitch up. Hard throat, pussy fucking, squirting, brutal orgasms! Hailey Young  Matt Williams |
| 01/26/2013 | Sexually Broken - Amber Rayne HD 720p |
| 01/26/2013 | v200225 - Szilvia Lauren_720.wmv |
| 01/23/2013 | Filmfare India - A Star Is Born (10 October 2012) |
| 01/23/2013 | 313131Mt_Carrie_Bottoms_Up.wmv |
| 01/22/2013 | Home.and.Away.S25E22.Episode.5664.HDTV.XviD-2HD[ettv].avi |
| 01/22/2013 | The Apple way |

EXHIBIT C

NEMI51

| Hit Date UTC | Filename |
|---|---|
| 01/22/2013 | THROAT BOARDED! Hailey Young takes the most extreme deep throat fucking we have ever delivered!  Hailey Young  Matt Williams |
| 01/21/2013 | Smoken hot Cougar, binds herself and obeys sexual commands, how desperate they get with age.. Simone Sonay  Matt Williams |
| 01/20/2013 | DJ FlowWolf - Morning Glory.mp3 |
| 01/20/2013 | We Live Together - Charlotte Stokely - Malena Morgan XXX |
| 01/20/2013 | NubileFilms.13.01.14.Maddy.Oreilly.All.I.Want.XXX.1080p.MP4-KTR.par2 |
| 01/20/2013 | money-talks-off-season-xxx.wmv |
| 01/20/2013 | Mira.Yoga.Master.and.Teacher.XArt.2012.FullHD_iyutero.com.mov |
| 01/20/2013 | Evan.Stone.Maddy.OReilly.Shades.of.Kink.Scene.2.SweetSinner.2013.HD_iyutero.com.mp4 |
| 01/18/2013 | Susie.Clover.Warm.Inside.XArt.2013.HD_iyutero.com.mov |
| 01/18/2013 | Baby.Want.You.XArt.2012.FullHD_iyutero.com.mov |
| 01/18/2013 | India.Summer.Breakfast.Squirt.Break.ShesGonnaSquirt.2013.HD_iyutero.com.mp4 |
| 01/18/2013 | Richie.C..and.Sage.E.Pure.Lust.JoyMii.2013.HD_iyutero.com.mov |
| 01/18/2013 | Iwia_The_Best_First_Date_HD.mp4 |
| 01/18/2013 | Helpless Cougar is Sexually Destroyed. Brutal throat, pussy fucking, squirting screaming orgasms! Simone Sonay  Matt Williams |
| 01/18/2013 | Panzers.Resurreccion.2005.[WwW.LiMiTeDiVx.CoM].[LMD.T34M].By.Geniolisto2.rar |
| 01/18/2013 | Cindy_Make_Me_Cum_Hard_HD.mp4 |
| 01/18/2013 | Cindy_Double_Delight_HD.mp4 |
| 01/16/2013 | mp11203_3000.mp4 |
| 01/16/2013 | Kayden Kross |
| 01/16/2013 | Brazzers- Esperanza Gomez (Hola Neighbor  14.01.13) (2013) SATRip |
| 01/16/2013 | Nene.Most.beautiful.real.girl.we.ever.picked.up.MyPickupGirls.2011.HD_iyutero.com.mp4 |
| 01/16/2013 | Misty.Anderson.Monique.Alexander.LesbianGirlonGirl.2013.FullHD_iyutero.com.mp4 |
| 01/13/2013 | PublicDisgrace - Big Tits, Round Ass, Disgraced in Public - Yoha [720p].wmv |

EXHIBIT C

NEMI51

| Hit Date UTC | Filename |
|---|---|
| 01/12/2013 | plib_kirsten_price_480p_1000-chkm8te.mp4 |
| 01/12/2013 | Rikki Six (Chores for a Whore) (2013) HD 720p |
| 01/12/2013 | s1257_3_30_am_sd.mov |
| 01/12/2013 | rikkisixpb120612-bgvid_999.mp4 |
| 01/12/2013 | Capri Cavanni_Poolside Seductress_1080.wmv |
| 01/12/2013 | CollegeRules - Truth or FUCK [720p].mp4 |
| 01/12/2013 | v100777-499_1080p.wmv |
| 01/12/2013 | getting_hardy_big-720.mp4 |
| 01/12/2013 | Sensual Yoga_original.wmv |
| 01/10/2013 | Private.Practice.S06E07.HDTV.XviD-AFG |
| 01/10/2013 | Animalpass - Skinny Girl Fucked By HUGE Dog ( www.sickporn.in ).m4v |
| 01/10/2013 | v22375 - India Summer_1080.wmv |
| 01/10/2013 | Orgasms.12.12.08.Sandra.Give.It.To.Me.XXX.1080p.MP4-KTR[rbg] |
| 01/09/2013 | s1259_honey_pot_sd.mov |
| 01/09/2013 | Twistys.com_13.01.05.Jenni.Lee.A.Sultry.Moment.XXX.IMAGESET-FuGLi[rbg] |
| 01/09/2013 | TonightsGirlfriend  Submissive  Riley Reid |
| 01/06/2013 | SexyCougars_-_Payton_Hall_HD_720p |
| 01/05/2013 | x-art_angelica_naughty_and_nice_1080.mov |
| 01/05/2013 | Girls Gone Wild Magazine Collection PDF MEGAPACK [CARG] |
| 01/05/2013 | prnfle1050x.mov |
| 01/05/2013 | Mary.Jane.Poolside.Fantasy.Booty.HDLove.2012.FullHD_iyutero.com.mp4 |
| 01/05/2013 | TeenFidelity - Pay the Piper - Dillion Harper.mp4 |
| 01/05/2013 | Puma.Swede.Diana.Prince.Jiggle.All.the.Way.MommyGotBoobs.2012.HD_iyutero.com.mp4 |
| 01/05/2013 | 468_holly_taylor_full-hd_720p.mp4 |
| 01/05/2013 | Gajaraju 2012 Telugu DVDRip XviD-Vizio |

EXHIBIT C

NEMI51

| Hit Date UTC | Filename |
|---|---|
| 01/05/2013 | Jenni.Lee.IHaveAWife.2012.FullHD_iyutero.com.mp4 |
| 01/05/2013 | Dani.Daniels.Heavy.Pampering.HDLove.2012.FullHD_iyutero.com.mp4 |
| 01/05/2013 | Grand Prix USA.Qualifying.17.11.2012.[tfile.ru].avi |
| 01/05/2013 | Emma.Starr.Soaking.Up.Some.Cunture.MommyGotBoobs.2013.HD_iyutero.com.mp4 |
| 01/05/2013 | X-Art - A Love Story - Gianna [1080p].mov |
| 01/04/2013 | maddyfh18.wmv |
| 01/04/2013 | Hard Body_original.wmv |
| 01/02/2013 | bgb_madison_ivy_kl120212_1080p_12000.mp4 |
| 01/02/2013 | EB-26094 Ariel X, Krissy Lynn and Roxy Raye |
| 01/01/2013 | WeLiveTogether - Just juicy - Malena Morgan, Teal Conrad.mp4 |
| 01/01/2013 | WeLiveTogether - More Pussy - Bree Daniels, Malena Morgan.mp4 |
| 01/01/2013 | pretty_girl_swag_big.mp4 |
| 01/01/2013 | WeLiveTogether - Super Freaks - Malena Morgan, Mischa Brooks.mp4 |
| 01/01/2013 | Coheed and Cambria - Neverender Children of the Fence Edition -Live 4CD- [2009] |
| 01/01/2013 | Life of Pi {2012} DVDRIP.x264 Jaybob |
| 01/01/2013 | X-Art.12.12.31.Angie.Morning.Desires.XXX.1080p.MOV-KTR[rbg] |
| 12/31/2012 | Legs - Rikki Six.avi |
| 12/31/2012 | Maddy.O.Reilly.Passionate.Love.Scene.2.Daringsex.2012.HD_iyutero.com.mp4 |
| 12/31/2012 | Mr.Boston |

EXHIBIT C

NEMI51