UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MALIBU MEDIA, LLC**, | Case No. 2:13-cv-11432-GAD-RSW |
| Plaintiff, | Assigned to: Hon. Gershwin A. Drain |
| v. | United States District Judge |
| **JOHN DOE**, | Referred to: Hon. R. Steven Whalen |
| Defendant. | United States Magistrate Judge |

| | |
|---|---|
| Paul J. Nicoletti (P44419)<br>NICOLETTI & ASSOCIATES, PLLC<br>36880 Woodward Avenue, Suite 100<br>Bloomfield Hills, MI 48304<br>Tel: (248) 203-7800<br>Fax: (248) 203-7801<br>Email:  paul@nicoletti-associates.com<br><br>*Attorney for Plaintiff* | Morgan E. Pietz (CA 260629)*<br>THE PIETZ LAW FIRM<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>Tel: (310) 424-5557<br>Fax: (310) 546-5301<br>Email:  mpietz@pietzlawfirm.com<br><br>Hattem A. Beydoun (P66071)<br>EPIC LAW PLLC<br>P.O. BOX 32598<br>Detroit, MI 48232<br>Tel: (888) 715-8033<br>Fax: (313) 254-4923<br>Email:  hbeydoun@epiclg.com<br><br>*Attorneys for Defendant John Doe Subscriber* |

# **NOTICE OF SUPPLEMENTAL AUTHORITY**

**NOTICE**

Pending before this Court are plaintiff Malibu Media's motions to strike defendant's affirmative defenses (ECF No. 41) and to dismiss defendant's counter-claim (ECF No. 42). Both of these motions, which the parties previously agreed are likely to substantially affect the scope of discovery (ECF No. 40, p. 3), are fully briefed before this Court and awaiting decision.

On June 9, 2014, Hon. Matthew F. Kennelly, U.S. District Judge for the Northern District of Illinois decided essentially identical motions brought by Malibu Media in a case pending there. The motions decided by Judge Kennelly involve the same issues because Malibu sought there to strike the same affirmative defenses pled by the same undersigned defense counsel Pietz. The arguments made by the Doe defendant in Illinois in the opposition to Malibu's motions to strike and dismiss the counterclaim were the same arguments made by Doe here (via the same counsel).

Notably, these motions, both in Illinois as here, present a novel question of law: whether a violation of 18 U.S.C. § 2257[1] can serve as the basis for an unclean hands defense, an affirmative, equitable defense to copyright infringement. On this issue, Judge Kennelly agreed with Doe, denying Malibu's motion to strike as to the unclean hands defense. Judge Kenneky's order is attached hereto as Exhibit 1.

---

[1] Section 2257 is a felony criminal statute that mandates certain notice and record keeping requirements applicable to producers of sexually explicit content.

Respectfully submitted,

DATED: June 10, 2014


**THE PIETZ LAW FIRM**

*/s/ Morgan E. Pietz*

Morgan E. Pietz (Cal. Bar No. 260629)
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile: (310) 546-5301

Hattem A. Beydoun (P66071)
EPIC LAW PLLC
P.O. BOX 32598
Detroit, MI 48232
Tel: (888) 715-8033
Fax: (313) 254-4923
Email: hbeydoun@epiclg.com

*Attorneys for Defendant John Doe Subscriber*


## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of the Court using ECF, which will send notification of such filing to all attorneys of record.


***/s/ Morgan E. Pietz***
Morgan E. Pietz

DATED: June 10, 2014