UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC.,

        Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 69.244.145.197,

        Defendant.
_____/

Case No. 13-11432

District Judge Gershwin A. Drain

Magistrate Judge R. Steven Whalen

## NOTICE SCHEDULING ORAL ARGUMENT

**PLEASE TAKE NOTICE** that the Court has scheduled Oral Argument on the following motion:

**Plaintiff's Motion for Entry of an Order Authorizing Comcast and AT&T to Comply With a Third Party Subpoena (#53) filed 6/23/14.**

Oral Argument will take place before Magistrate Judge R. Steven Whalen, in Courtroom 662 of the Theodore Levin Courthouse, Detroit, MI on **Thursday, July 10, 2014 at 10:00 a.m.**

        s/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: June 26, 2014

### CERTIFICATE OF SERVICE

I hereby certify on June 26, 2014, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on June 26, 2014: **None.**

        s/Terri L. Hackman
        Judicial Assistant to
        Magistrate Judge R. Steven Whalen