UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA,

        Plaintiff,

v.

        No. 13-11432

        Hon. Gershwin A. Drain

JOHN DOE subscriber assigned
IP address 69.244.145.197,

        Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY [#50], DENYING PLAINTIFF'S MOTION TO RESET ALL CASE MANAGEMENT DEADLINES BY SIX MONTHS, AND SETTING DISPOSITIVE MOTION CUTOFF DATE

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Enlargement of Time to Complete Discovery [#50] and Motion to Reset All Case management Deadlines [#57] the Court being duly advised in the premises

does hereby:

ORDER AND ADJUDGE:

1.     Plaintiff's Motion [#50] is GRANTED.

2.     Plaintiff's Motion [#57] is DENIED.

3.     The parties shall have up to July 21, 2014 to complete discovery.

4.     This Dispositive Motion cutoff date in this matter is now August 8, 2014.

There will be **NO FURTHER ADJUSTMENTS TO THE AMENDED SCHEDULING ORDER** in the matter.

    SO ORDERED

    July 2, 2014                                                    /s/Gershwin A Drain
                                                                                 GERSHWIN A. DRAIN
                                                                                 US District Court Judge