## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **MALIBU MEDIA, LLC**, | Case No. 2:13-cv-11432-GAD-RSW |
| Plaintiff, | Assigned to:  Hon. Gershwin A. Drain |
| v. | United States District Judge |
| **JOHN DOE**, | Referred to:  Hon. R. Steven Whalen |
| | United States Magistrate Judge |
| Defendant. | |

| | |
|---|---|
| Paul J. Nicoletti (P44419) | Morgan E. Pietz (CA 260629) |
| NICOLETTI & ASSOCIATES, PLLC | THE PIETZ LAW FIRM |
| 36880 Woodward Avenue, Suite 100 | 3770 Highland Ave., Ste. 206 |
| Bloomfield Hills, MI 48304 | Manhattan Beach, CA 90266 |
| Tel: (248) 203-7800 | Tel: (310) 424-5557 |
| Fax: (248) 203-7801 | Fax: (310) 546-5301 |
| Email:  paul@nicoletti-associates.com | Email:  mpietz@pietzlawfirm.com |
| | |
| *Attorney for Plaintiff* | Hattem A. Beydoun (P66071) |
| | EPIC LAW PLLC |
| | P.O. BOX 32598 |
| | Detroit, MI 48232 |
| | Tel: (888) 715-8033 |
| | Fax: (313) 254-4923 |
| | Email:  hbeydoun@epiclg.com |
| | |
| | *Attorneys for Defendant John Doe Subscriber* |

## JOHN DOE'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING COMCAST AND AT&T TO COMPLY WITH A THIRD PARTY SUBPOENA

## **NON-OPPOSITION**

On June 23, 2014, Plaintiff Malibu Media, LLC ("**Malibu**") filed a motion styled as "Plaintiff's Motion For Entry Of An Order Authorizing Comcast And AT&T To Comply With A Third Party Subpoena" (ECF NO. 53).  This motion was referred to Magistrate Judge R. Steven Whalen (ECF No. 54) and is set for hearing on July 10, 2014 at 10:00 a.m. (ECF No. 55).

When Malibu filed the instant motion, discovery was closed (*see* Amended Scheduling Order, ECF No. 46, 5/2/14, setting close of discovery as June 16, 2014), but Malibu's second motion to reopen discovery was pending (ECF No. 50, 6/16/14).

In view of Judge Drain's recent order in this case (ECF No. 60, 7/2/14) reopening discovery until July 21, 2014, and resetting the dispositive motion cutoff date accordingly, Doe does not oppose the issuance of subpoenas of the sort described in the instant motion.  Accordingly, Doe files this statement of non-opposition to advise the Court of this position.

Since no proposed subpoena is actually attached to Malibu's instant motion, Doe would reserve the right to object to the form of the subpoena after one is actually served, and, of course, to make any appropriate objections or motions *in limine* as to the admissibility or application of privilege to any of the information

produced.  *See* Fed. R. Civ. P. 45(e)(2)(B). However, as applicable in this case, Doe does not find the topics described in paragraph 4 of the instant motion (ECF No. 53, p. 1) to be beyond the bounds of permissible discovery.  As long as Malibu sticks closely to the list described in its motion and follows Rule 45, Doe does not anticipate objecting to the subpoena prior to its issuance to the ISPs.

For the record, Doe does note an objection to the relevance of the subpoena to AT&T, but rather than litigate the issue here at the discovery stage without seeing what information is returned, Doe hereby stipulates to allowing production by AT&T over this objection.

Respectfully submitted,

DATED:   July 7, 2014

**THE PIETZ LAW FIRM**

*/s/ Morgan E. Pietz*

Morgan E. Pietz (Cal. Bar No. 260629)
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile:  (310) 546-5301

Hattem A. Beydoun (P66071)
EPIC Law PLLC
P.O. BOX 32598
Detroit, MI 48232
Tel: (888) 715-8033
Fax: (313) 254-4923
Email:  hbeydoun@epiclg.com

*Attorneys for Defendant John Doe Subscriber*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of the Court using ECF, which will send notification of such filing to all attorneys of record.


*/s/ Morgan E. Pietz*
Morgan E. Pietz

DATED:  July 7, 2014