# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-11432-GAD-RSW |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address, | ) | |
| 69.244.145.197, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### PLAINTIFF'S NOTICE OF WITHDRAWAL
### OF MOTION TO COMPEL [DE58]

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel

withdraws its Motion to Compel as set forth below:

6/27/2014   58   MOTION to Compel and Incorporated Memorandum of Law by Malibu Media LLC.
(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order) (Nicoletti, Paul)
(Entered: 06/27/2014)

Dated: June 9, 2013.

Respectfully submitted,

NICOLETTI LAW, PLC

By:   /s/ Paul J. Nicoletti
Paul J. Nicoletti, Esq. (P44419)
33717 Woodward Ave, Suite 433
Birmingham, MI 48009
Tel:  (248) 203-7800
E-Fax: (248) 928-7051
Email:  pauljnicoletti@gmail.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   <u>/s/ *Paul J. Nicoletti*</u>