**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:13-cv-11432-GAD-RSW |
| | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address, | ) |
| 69.244.145.197, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL**
**OF MOTION FOR ORDER [DE53]**

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel

withdraws its Motion for Order as set forth below:

6/23/2014   53   MOTION for Order Authorizing Comcast and AT&T to Comply With a
Third Party Subpoena by Malibu Media LLC. (Attachments: # 1
Proposed Order) (Nicoletti, Paul) (Entered: 06/23/2014)

Dated: June 9, 2013.

Respectfully submitted,

NICOLETTI LAW, PLC

By:     /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
33717 Woodward Ave, Suite 433
Birmingham, MI 48009
Tel:  (248) 203-7800
E-Fax: (248) 928-7051
Email:  pauljnicoletti@gmail.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:     /s/ *Paul J. Nicoletti*