# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                    Civil Action No. 2:13-cv-11432-GAD-RSW

JOHN DOE, subscriber assigned IP address
69.244.145.197,

       Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT
## WITH DEFENDANT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe, subscriber assigned IP address 69.244.145.197 ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: July 9, 2014

                                                         Respectfully submitted,

                                                         By:   /s/*Paul J. Nicoletti*
                                                         Paul J. Nicoletti
                                                          NICOLETTI LAW, PLC.
                                                          33717 Woodward Avenue, #433
                                                          Birmingham, MI 48009
                                                          Email:  pauljnicoletti@gmail.com
                                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 9, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ *Paul J. Nicoletti*
                                        Paul J. Nicoletti